**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | Case No. 21-3981 |
| OER SERVICES LLC, | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor. | ) | **First Day Motion** |
| | ) | Hearing Date: March 31, 2021 |
| | ) | Hearing Time: 1:00 p.m. |

**NOTICE OF EMERGENCY MOTION**

**PLEASE TAKE NOTICE** that on **March 31, 2021 at 1:00 p.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Janet S. Baer,** Bankruptcy Judge, Zoom videoconference, or in her absence, before such other Judge who may be sitting in their place and stead and hearing bankruptcy motions, and shall then and there present the **DEBTORS' MOTION FOR ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS WITH TEREX FINANCIAL SERVICES EFFECTIVE AS OF THE DATE OF THE PETITION DATE** a copy of which is attached and herewith served upon you, and at which time and place you may appear if you so desire.

**PLEASE TAKE FURTHER NOTICE THAT** all court proceedings will be conducted remotely during the COVID-19 emergency. Parties may not appear in person at the courthouse in Chicago.

To join the ZoomGov Meeting:
- Join by website: https://www.zoomgov.com/join
- Join by phone: (669) 254-5252 or (646) 828-7666

Date: March 26, 2021                    OER Services LLC

By: /s/  Steve Jakubowski
    One of Its Proposed Attorneys

Steve Jakubowski (IL ARDC 6191960)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle, # 3300, Chicago, IL  60601
Phone: (312) 456-0191
Email: sjakubowski@rsplaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | Case No. 21-3981 |
| OER SERVICES LLC, | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor. | ) | **First Day Motion** |
| | ) | Hearing Date: March 31, 2021 |
| | ) | Hearing Time: 1:00 p.m. |

**DEBTORS' MOTION FOR ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACTS WITH TEREX FINANCIAL SERVICES EFFECTIVE AS OF THE DATE OF THE PETITION DATE**

The above-captioned debtors and debtors in possession (the "**Debtors**"), by and through their undersigned counsel, hereby move this Court (this "**Motion**") for entry of an order pursuant to section 365 of title 11 of the United States Code (11 U.S.C. §§ 101 *et. seq.*, as amended, the "Bankruptcy Code") and Rule 6006 of the Federal Rules of Bankruptcy Procedure authorizing the Debtors to reject certain contracts with Terex Financial Services, Inc. ("**Terex**"), effective as of the Petition Date (as defined herein). In further support of this Motion, the Debtors respectfully represent as follows:

**I.   Jurisdiction.**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (B) and (O).

2. The statutory bases for the relief requested herein are sections 105(a) and 365(a) of the Bankruptcy Code.

**II.     Background.**

1.      On March 26, 2021 (the "**Petition Date**"), the Debtor filed a voluntary petition (the "**Petition**") in this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "**Bankruptcy Code**"), thereby commencing the above-captioned case ("**Case**").  The Debtor continues to manage and operate its businesses as debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code. The Debtor is a debtor, as defined in 11 U.S.C. § 1182(1), that has chosen to proceed under Subchapter V of Chapter 11

2.      In support of this Motion, the Debtor refers the Court to the First Day Declaration of Greg Paulus, Debtor's Chief Restructuring Officer, sworn to on the date thereof ("**Paulus Declaration**") and filed contemporaneously herewith.

3.      A comprehensive description of Debtor's business operations and events leading up to the commencement of this chapter 11 case is set forth in the Paulus Declaration.  (*See* Exhibit 1, Paulus Decl.).  Debtor is a small business certified operator whose business caters to the rental, leasing, and sale of construction equipment in connection with municipal, state and local government agencies' construction projects.  *Id.*  Debtor's principal place of business is located at 1650 Carmen Drive, Elk Grove, Illinois 60007.

3.      The Debtor was organized under the laws of the state of Illinois in 2009.  Its principal place of business is in Elk Grove Village, Illinois. The Debtor is engaged in the business of leasing construction and industrial equipment and providing ongoing maintenance services for such leased equipment.

4.      Prior to the Petition Date, the Debtor entered into two leases with Terex to lease industrial equipment (collectively, the "**Equipment Leases**").

5. The first lease with Terex was a capital lease entered into on December 19, 2019. The lease with Terex was for a 2018 Genie, GTH636, serial no. GTH06E-11760 (the "**Capital Lease**"). The monthly cost to lease the equipment was $1,762.06. The equipment being leased is currently out of service and not being used. The equipment is currently located at National Lift Truck, 3333 Mt. Prospect Rd, Franklin Park, IL 60131. The Debtor will arrange with Terex to return the equipment to Terex's possession.

6. The first lease with Terex was a capital lease entered into on June 6, 2018. The lease with Terex was for a 2019 Genie, GTH55M-11488, serial no. GTH06E-11760 (the "**Capital Lease**"). The monthly cost to lease the equipment was $1,042,13. The equipment being leased is currently out of service and not being used. The equipment is currently located at the Debtor's principal place of business, 1650 Carmen Drive, Elk Grove Village, IL 60007. The Debtor will arrange with Terex to return the equipment to Terex's possession.

7. At this time, the equipment leased to the Lessors is not in service and no revenue is being received by the Debtor pursuant to the Equipment Leases and the Equipment Leases provide no meaningful value to the Debtor its estate.

8. Rejection of these prepetition Equipment Leases will minimize the administrative claims against the Debtor's estate and is an appropriate exercise of the Debtor's business judgment.

**III.    Relief requested.**

9. The Debtors hereby request authorization from this Court to reject the Equipment Leases pursuant to section 365(a) of the Bankruptcy Code, effective as of the Petition Date, to minimize administrative priority claims against their estates and to maximize recoveries to unsecured creditors.

### IV. **Argument.**

10. Each of the Subject Contracts constitutes an executory contract under and subject to section 365 of the Bankruptcy Code. The Debtors may exercise their business judgment to reject executory contracts or unexpired leases that are no longer useful or necessary to their bankruptcy estates. The Bankruptcy Code provides that "the trustee, subject to the court's approval, may . . . reject an executory contract or unexpired lease of the debtor." 11 U.S.C. § 365(a). Courts utilize the business judgment standard to determine whether to approve the rejection of a contract or lease. *Johnson v. Fairco Corp.*, 61 B.R. 317, 320 (N.D. Ill. 1986); *In re Del Grosso*, 115 B.R. 136, 138 (Bankr. N.D. Ill. 1990); *see also In re Buckhead Am. Corp.*, 180 B.R. 83, 88 (D. Del. 1995); *In re G. Survivor Corp.*, 171 B.R. 755, 757 (Bankr. S.D.N.Y. 1994) (holding that "[i]n determining whether a debtor may be permitted to reject an executory contract, courts usually apply the business judgment test. Generally, absent a showing of bad faith, or an abuse of business discretion, the debtor's business judgment will not be altered.").

11. The Debtors request that the Court require that counterparties to the Equipment Leases submit any claims arising from the rejection of the Equipment Leases within thirty (30) days after the date the Court's order regarding the same and that the failure of such counterparties to timely file claims shall bar such parties form receiving any distribution or dividend from the Debtor's estate.

### VI. **Request for Limited Notice.**

12. The Debtor has provided notice of the motion to the United States Trustee, CIBC Bank (the senior lender) and its counsel, and the Lessors (as defined in this Motion), by email delivery, supplemented by a regular mailing of the documents.

WHEREFORE, the Debtors respectfully request that the Court enter an Order, substantially in the form submitted herewith, authorizing: (i) the rejection of the Equipment Leases effective as of the Petition Date; (ii) establishing the bar date for assertion of rejection damage claims as thirty (30) days from the entry of the Court's order; and (iii) granting such other and further relief as the Court may deem just and proper.

Date: March 26, 2021

Respectfully Submitted,

OER Services LLC

By: /s/   Steve Jakubowski
    One of Its Proposed Attorneys

Steve Jakubowski (IL ARDC 6191960)
Malcolm MacLaren (IL ARDC 6330061)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle St., Ste. 3300
Chicago, IL  60601
Phone: (312) 456-0191
Email: sjakubowski@rsplaw.com
       mmaclaren@rsplaw.com