# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | |
| **OER Services, LLC** | ) | Case No. 21-03981 |
| | ) | |
| Debtor. | ) | Honorable Janet S. Baer |

**BALLOT FOR HOLDER OF CLASS 1.7B SECURED CLAIM TO ACCEPT OR REJECT FIRST AMENDED PLAN OF REORGANIZATION OF OER SERVICES, LLC (DE LAGE LANDEN FINANCIAL SERVICES)**

> **THIS BALLOT IS TO BE USED BY OR ON BEHALF OF THE HOLDER OF A CLASS 1.7B SECURED CLAIM (DE LAGE LANDEN FINANCIAL SERVICES) AGAINST OER SERVICES, LLC.**
>
> **PLEASE READ AND FOLLOW THE ATTACHED INSTRUCTIONS CAREFULLY.**
>
> **PLEASE COMPLETE, SIGN, AND DATE THIS BALLOT AND EITHER FILE IT ELECTRONICALLY WITH THE BANKRUPTCY COURT (https://www.ilnb.uscourts.gov/) OR MAIL IT TO THE CLERK OF THE BANKRUPTCY COURT AT THE FOLLOWING ADDRESS SO THAT THE COMPLETED BALLOT IS FILED WITH OR RECEIVED BY THE BANKRUPTCY COURT ON OR BEFORE AUGUST 20, 2021:**
>
> **(Mailing Address)**
> **CLERK OF THE BANKRUPTCY COURT**
> **219 SOUTH DEARBORN STREET**
> **7TH FLOOR**
> **CHICAGO, ILLINOIS 60604**
>
> **IF THE BANKRUPTCY COURT HAS NOT RECEIVED THIS BALLOT BY 11:59 PM ON AUGUST 20, 2021, UNLESS EXTENDED AT BY THE DEBTOR IN ITS SOLE DISCRETION OR BY ORDER OF THE BANKRUPTCY COURT, YOUR VOTE WILL NOT BE COUNTED.**

This ballot (the "**Ballot**") is submitted to you to solicit your vote to accept or reject the *First Amended Plan of Reorganization of OER Services, LLC (July 21, 2021)*, filed by OER Services, LLC, including all exhibits thereto and as amended, modified, or supplemented from time to time (the "**Plan**").[1]

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Plan, including at Exhibit A thereto.

The Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by the holders of at least one-half in number and two-thirds in amount of the Claims in your Class who vote on the Plan and otherwise satisfies applicable legal requirements.

**IF YOU HAVE RECEIVED A DAMAGED BALLOT OR IF YOU LOSE YOUR BALLOT, OR IF YOU HAVE ANY QUESTIONS CONCERNING THIS BALLOT OR THE VOTING PROCEDURES, PLEASE CONTACT STEVE JAKUBOWSKI, COUNSEL TO THE DEBTOR, AT SJAKUBOWSKI@RSPLAW.COM**

**PLEASE READ THE ATTACHED VOTING INFORMATION AND INSTRUCTIONS BEFORE COMPLETING THIS BALLOT.**

> **PLEASE COMPLETE ITEM 1.** IF NEITHER THE "ACCEPT" NOR "REJECT" BOX IS CHECKED IN ITEM 1, THIS BALLOT WILL NOT BE COUNTED AS HAVING BEEN CAST. IF THIS BALLOT IS NOT SIGNED ON THE APPROPRIATE LINES BELOW, THIS BALLOT WILL NOT BE VALID OR COUNTED AS HAVING BEEN CAST.

**Item 1. Class Vote.** The undersigned, the Holder of a Class 1.7B Secured Claim (De Lage Landen Financial Services) against the Debtor hereby votes, in the amount set forth below, as follows (check **one** box):

☒ Accept the Plan     ☐ Reject the Plan.

Voting Amount of Claim: $56,082.32

**Item 2. Acknowledgments.** By signing this Ballot, the undersigned acknowledges receipt of the Plan and other applicable solicitation materials and certifies that the undersigned is the Holder of a Class 1.7B Secured Claim and has the power and authority to vote to accept or reject the Plan in respect of such Class 1.7B Secured Claim. The undersigned understands that, if this Ballot is validly executed but does not indicate either acceptance or rejection of the Plan, this Ballot will not be counted.

De Lage Landen Financial Services, Inc.
Name of Creditor

*Stephen McNellis*
Signature

_____
If by Authorized Agent, Name and Title

_____
Social Security or Federal Tax I.D. No. (optional)

1111 Old Eagle School Road, Wayne, PA 19087
Address

610-386-2542
Telephone Number

8/19/21
Date Completed

**VOTING INFORMATION AND INSTRUCTIONS FOR COMPLETING THE BALLOT**

In the boxes provided in Item 1 of the Ballot, please indicate acceptance or rejection of the Plan.  Complete the Ballot by providing all the information requested and sign, date, and return the completed Ballot to the Clerk's Office, Bankruptcy Court for the Northern District of Illinois via: (i) e-filing the Ballot with the Bankruptcy Court, https://www.ilnb.uscourts.gov/, or (ii) mail, hand delivery, or overnight courier to the Clerk of the Bankruptcy Court, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604.

**Ballots must be *received* by the Bankruptcy Court by August 20, 2021 (the "Voting Deadline").  If a Ballot is received after the Voting Deadline, it will not be counted.  Please sign and date your ballot as required in Item 2.  Your signature is required before the ballot may be counted.**

1. The following voting procedures apply to your Ballot, unless the Bankruptcy Court orders otherwise:

    a. Except to the extent the Debtor otherwise determines, or as permitted by the Court, Ballots received after the Voting Deadline will not be accepted or counted by the Debtor in connection with the confirmation of the Plan;

    b. Any executed Ballot which does not indicate an acceptance or rejection shall not be counted;

    c. Any executed Ballot which indicates both an acceptance and rejection of the Plan shall not be counted;

    d. Votes cast pursuant to a Ballot that is not signed or does not contain an original signature shall not be counted;

    e. Parties holding Claims in more than one Class under the Plan may receive more than one Ballot coded for each different Class;

    f. No Ballot sent to the Debtor or its counsel shall be accepted or counted;

    g. The Debtor expressly reserves the right, subject to the consent of the Court, to amend at any time and from time to time the terms of the Plan (subject to compliance with section 1193 of the Bankruptcy Code and the terms of the Plan regarding modification).  If the Debtor makes material changes in the terms of the Plan, the Debtor will disseminate additional solicitation materials and will extend the solicitation, in each case to the extent directed by the Court;

    h. If multiple Ballots are received from or on behalf of an individual holder of a Claim with respect to the same Claim prior to the Voting Deadline, the last properly completed Ballot timely received will be deemed to reflect the voter's intent and to supersede and revoke any prior Ballot;

    i. If a Ballot is signed by a trustee, executor, administrator, guardian, attorney-in-fact, officer of a corporation, or other person acting in a fiduciary or representative capacity, such person should indicate such capacity when signing and, if requested by the Debtor, must submit proper evidence, satisfactory to the Debtor, of such person's authority to so act in such capacity;

j.     The Debtor, in its sole discretion, subject to contrary order of the Court, may waive any defect in any Ballot at any time, either before or after the close of voting, and without notice. Except as otherwise provided herein, the Debtor may, in its sole discretion, reject such defective Ballot as invalid and, therefore, not count it in connection with confirmation of the Plan, with any such waivers or rejections to be reflected in the Voting Report to be filed by the Debtor in advance of the Confirmation Hearing;

k.     Unless otherwise ordered by the Court, all questions as to the validity, eligibility (including time of receipt) and revocation or withdrawal of Ballots will be determined by the Debtor, in its sole discretion and reflected in the Voting Report to be filed by the Debtor;

l.     If a designation is requested under section 1126(e) of the Bankruptcy Code, any vote to accept or reject the Plan cast with respect to such Claim will not be counted for purposes of determining whether the Plan has been accepted or rejected, unless the Court orders otherwise;

m.     Any holder of a Claim who has delivered a valid Ballot voting on the Plan may withdraw such vote solely in accordance with Bankruptcy Rule 3018(a);

n.     No fees or commissions or other remuneration will be payable to any broker, dealer, or other person for soliciting Ballots to accept the Plan;

o.     The Ballot is not a letter of transmittal and may not be used for any purpose other than to vote to accept or reject the Plan; and

p.     The Ballot does not constitute, and shall not be deemed to be, a Proof of Claim or an assertion or admission of a Claim.

q.     **PLEASE RETURN YOUR BALLOT PROMPTLY.**

# Jakubowski, Steve

| | |
|---|---|
| **From:** | McNellis, S (Stephen) <smcnellis@leasedirect.com> |
| **Sent:** | Thursday, August 19, 2021 12:10 PM |
| **To:** | Jakubowski, Steve |
| **Subject:** | De Lage Landen's Ballots for OER Bankruptcy |
| **Attachments:** | DeLage Class 1 Ballots - Updated.pdf |

Hello Steve, please file the attached ballots on behalf of De Lage Landen. Thanks!

Kind regards,



**Steve McNellis, Litigation Specialist**
**Litigation & Recovery U.S. Operations**
**T +** (610-386-2542)
**E** smcnellis@leasedirect.com

**De Lage Landen Financial Services, Inc.**
1111 Old Eagle School Road
Wayne, PA 19087
United States of America

## See what counts.

De Lage Landen Financial Services, Inc. has the right to use the DLL®, DLL Financial Solutions Partner[SM] and See what counts[SM] service marks.
DLL has offices in more than 35 countries throughout Europe, North America, South America, Australia and Asia.
The company is part of the Rabobank Group.

The information transmitted via this e-mail is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer