**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | Case No. 21-03981 |
| OER SERVICES LLC, | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor. | ) | Hearing Date:  October 6, 2021 |
| | ) | Hearing Time:  1:00 p.m. via Zoom |

**COVER SHEET FOR FIRST AND FINAL APPLICATION OF
ROBBINS, SALOMON & PATT, LTD. FOR PROFESSIONAL COMPENSATION**

1.  Name of Applicant:  ROBBINS, SALOMON & PATT, LTD.

2.  Authorized to Provide Professional Services to:  OER SERVICES, LLC

3.  Date of Order Authorizing Employment:  MAY 5, 2021 (DKT. NO. 53)

4.  Period for Which Compensation is Sought:  MARCH 26, 2021 – SEPT. 14, 2021

5.  Amount of Fees Sought:  $ 148,632.50

6.  Amount of Expense Reimbursement Sought:  $ 983.00

7.  This is a Final Application.

Dated: September 15, 2021

ROBBINS, SALOMON & PATT, LTD.

By: /s/   Steve Jakubowski
     A Member of the Firm

Steve Jakubowski (IL ARDC 6191960)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle, # 3300, Chicago, IL  60601
Phone: (312) 456-0191
Email: sjakubowski@rsplaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | Case No. 21-03981 |
| OER SERVICES LLC, | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor. | ) | Hearing Date:  October 6, 2021 |
| | ) | Hearing Time:  1:00 p.m. via Zoom |

<u>**NOTICE OF APPLICATION**</u>

     **PLEASE TAKE NOTICE** that the undersigned counsel for the above-captioned Reorganized Debtor, OER Services, LLC, shall appear on **October 6, 2021, at 1:00 p.m.** or as soon thereafter as counsel may be heard, before the **Honorable Janet S. Baer,** Bankruptcy Judge, or in her absence, before such other Judge who may be sitting in her place and stead and hearing bankruptcy motions, and shall then and there present the **FIRST AND FINAL APPLICATION FOR COMPENSATION OF ROBBINS, SALOMON & PATT, LTD., AS COUNSEL FOR DEBTOR IN POSSESSION,** a copy of which is attached and herewith served upon you, and at which time and place you may appear if you so desire. The Application Period runs from the March 26, 2021 Petition Date through September 14, 2021. The Application requests fees in the amount of $148,632.50 and reimbursement of out-of-pocket expenses in the amount of $983.00

     **PLEASE TAKE FURTHER NOTICE THAT** all court proceedings will be conducted remotely during the COVID-19 emergency. Parties may not appear in person at the courthouse in Chicago.

           To join the ZoomGov Meeting:
- Join by website: https://www.zoomgov.com/join
- Join by phone: (669) 254-5252 or (646) 828-7666

Dated: September 15, 2021          ROBBINS, SALOMON & PATT, LTD.

          By: /s/   Steve Jakubowski
             A Member of the Firm

          Steve Jakubowski (IL ARDC 6191960)
          Robbins, Salomon & Patt, Ltd.
          180 N. LaSalle, # 3300, Chicago, IL  60601
          Phone: (312) 456-0191
          Email: sjakubowski@rsplaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | Case No. 21-03981 |
| OER SERVICES LLC, | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor. | ) | Hearing Date:  October 6, 2021 |
| | ) | Hearing Time:  1:00 p.m. via Zoom |

**FIRST AND FINAL APPLICATION OF ROBBINS, SALOMON & PATT, LTD.,**
**APPROVED COUNSEL FOR THE DEBTOR, OER SERVICES, LLC, FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Robbins, Salomon & Patt, Ltd., ("RSP" or "Applicant"), Court-approved counsel for OER Services, LLC, formerly the debtor and debtor-in-possession (the "Debtor"), hereby submits its first and final application (this "Application") for allowance of compensation for services rendered to the Debtor and for reimbursement of expenses incurred on behalf of the Debtor from the commencement of case on March 26, 2021, through the September 1, 2021 Plan Effective Date. This Application is made pursuant to §§ 330 and 331 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2016(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rule 5082-1. Attached as **Exhibit A** to this Application, and in support thereof, is the "Declaration of Steve Jakubowski" (the "Jakubowski Declaration" or "Decl."). Capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Debtor's First Amended Plan of Reorganization, dated July 21, 2021 (Dkt. No. 92) (the "Plan").

## JURISDICTION

1.      The Court has jurisdiction over this Application under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

2.      Venue of this proceeding and the Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

1.      On March 26, 2021 (the "Petition Date"), the Debtor filed a voluntary petition with this Court for relief under Subchapter V of Chapter 11 of the Bankruptcy Code.

2.      On April 26, 2021, the Debtor applied for an order authorizing the retention of RSP as counsel to the Debtor (Dkt. No. 51). The Court authorized RSP's retention in an order dated May 5, 2021 (Dkt. No. 53).

3.      On September 2, 2021, the Court entered the Confirmation Order confirming the Debtor's Plan (Dkt. No. 132). All conditions to effectiveness of the Plan having been satisfied upon entry of the Confirmation Order, the Plan went effective immediately thereafter (the "Plan Effective Date").

4.      All services rendered by RSP in connection with this Case have been rendered on behalf of and for the Debtor.

5.      By this Application, RSP requests approval of compensation and reimbursement of out-of-pocket expenses incurred in connection with services rendered to the Debtor from the Petition Date through September 2, 2021.

## SUMMARY OF EXPENSES AND SERVICES RENDERED BY RSP

6.      Set forth below is a summary of the name and date of bar admission of each attorney, the billing rate for each professional, the total hours billed, and the total value of each person's billings:

2

| Professional / Bar. Adm. | Rate | Hours | Fees Requested |
|---|---|---|---|
| Steve Jakubowski / 1985 | $485 | 268.10 | $ 132,211.00 |
| James E. Mainzer / 1978 | $405 | 0.40 | $ 162.00 |
| Jennifer M. Sender / 1991 | $400 | 4.50 | $ 1,800.00 |
| Parker E. Lawton / 2014 | $395 | 10.60 | $4,187.00 |
| Malcolm J. MacLaren / 2018 | $250 | 17.90 | $ 3,350 |
| Carmen Dutton (Paralegal) | $195 | 33.70 | $ 6,571.50 |
| Catherine Irby (Paralegal) | $195 | 0.40 | $ 78.00 |
| Nancy Kondziolka (Paralegal) | $195 | 1.40 | $ 273.00 |
| **TOTAL** | | | $ 148,632.50 |

7.      The total fees sought are summarized below by general category. The detail in respect of each matter is set forth in the applicable Exhibits (A-1 through A-6) referenced therein to the Jakubowski Declaration attached hereto as Exhibit A:

| Matter | Billing Category | Fees Requested |
|---|---|---|
| 2 | First Day Orders (*See* Decl., Ex. A-1) | $ 17,160.00 |
| 3 | Case Admin. / Claims Reconciliation (*See* Ex. A-2) | $ 26,215.00 |
| 4 | Cash Collateral / DIP Financing (*See* Ex. A-3) | $12,868.50 |
| 6 | Plan of Reorganization  (*See* Ex. A-4) | $ 77,609.50 |
| 7 | Executory Contracts / Unexpired Leases  (*See* Ex. A-5) | $ 4,074.00 |
| 8 | Professional Retention and Compensation  (*See* Ex. A-6) | $ 10,705.50 |
| | **TOTAL** | $ 148,632.50 |

8.      RSP additionally seeks reimbursement of expenses in the amount of $983.00. RSP did not charge for legal research database costs, routine copies, phones, faxes, or meals. These charges represent actual out-of-pocket costs incurred by RSP in connection with significant mailings to Creditors and Customers throughout the Case. The detail in respect of these expenses is set forth at on the last two pages of Exhibit A-2 to the Jakubowski Declaration attached hereto as Exhibit A.

9.      RSP's goal from the beginning was to position the Case for a swift, consensual reorganization. The Case was complicated by the fact that the Debtor had 20 Classes and

3

Subclasses of Secured Claims, with CIBC holding a blanket security interest on the Debtor's assets and the remaining holders of Secured Claims holding purchase money security interests in specific equipment owned by the Debtor. In addition, the Debtor had 66 holders of Unsecured Claims and over 40 executory contracts or unexpired leases as to which the Debtor needed to be advised through the Case and in connection with Plan Confirmation.

10.     An additional complicating factor, not common to Subchapter V cases generally, was that the Zaimis, as joint owners of all the LLC member interests in the Debtor, filed their own joint chapter 7 petition in April 2021. Further, two vehicles titled in the names of the Zaimis were entirely used by—and necessary to—the Debtor in its daily operations.

11.     More than 50% of the time spent by RSP was in connection with the preparation, negotiation, and confirmation of the Plan. This work included negotiating a comprehensive resolution with the Zaimi Trustee, identifying and classifying all the Holders of Secured and General Unsecured Claims and the amounts to which they were entitled, and working closely with the Debtor and its Chief Restructuring Officer on the Projections so that the Projected Disposable Income of the Reorganized Debtor and projected Plan payments could be certified as having been prepared in a manner that represented the Debtor's best and reasonable estimates of its post-confirmation financial performance.

12.     All these issues were resolved consensually through the Plan, which received the affirmative votes of all Classes, including each Impaired Class and Subclass of Secured Claims in Class 1, every Holder of an Unsecured Claim in Class 2 that voted on the Plan, and the Zaimi Trustee in Class 4.

13.     Given the relatively complex capital structure of the Debtor, the attendant complexities that had to be addressed in first day motions and in complying with the Debtor's

4

general reporting requirements, the unanimous votes in favor of the Plan by all Impaired Classes, the speed within which the Case was confirmed and will be closed, and the fact that RSP's aggregate fees lower projected in the Plan, RSP submits that the request for compensation and reimbursement of expenses is appropriate.

## ANALYSIS OF KEY FACTORS UNDER 11 U.S.C. §330 RELATED TO COMPENSATION FOR ACTUAL AND NECESSARY SERVICES RENDERED

14.     Pursuant to 11 U.S.C. §331, in determining the amount of reasonable compensation to be awarded to an attorney, the Court shall consider the nature, extent and the value of such services, taking into account all relevant factors, including: (1) the time spent on such services; (2) the rates charged for such services; (3) whether the services were necessary to the administration of, or beneficial at the time which the service was rendered toward the completion of a case under this title; (4) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and (5) whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

15.     Under 11 U.S.C. §331, the Court is to disallow compensation for (1) unnecessary duplication of services, (2) services not reasonably likely to benefit the Debtor, or (3)  services unnecessary to the administration of the Debtor's estate.

16.     The Bankruptcy Rules and the Local Rules require that RSP submit a detailed application for fees, with sufficient information to enable the Court to determine whether the services rendered were reasonable, actual, and necessary.

17.     RSP has provided accurate and detailed records of these services performed as counsel to the Debtor. Time entries were recorded contemporaneous with the services performed,

and excessive or redundant time entries were written off by RSP, resulting in this Application seeking fees approximately 10% lower than the fees projected to be owing RSP in the Plan. *See generally In re Chicago Lutheran Hospital Association*, 89 B.R. 719 (Bankr. N.D. Ill. 1988); *In re Wildman*, 72 B.R. 700 (Bankr. N.D. Ill. 1987).

18.     RSP believes that its fees are reasonable and necessary in light of the specific nature of the issues involved in these proceedings, the specific degree of skill and knowledge necessary to competently represent the Debtor in this Case, the successful results achieved, and the customary compensation charged by comparably skilled practitioners in other cases in this district.

## **NOTICE**

19.     As set forth in the certificate of service attached to this Application, notice has been given via ECF or regular mail to: (a) the Office of the United States Trustee;  (b) the Subchapter V Trustee; (c) CIBC, (d) the Zaimi Trustee, (e) all parties requesting notice pursuant to Bankruptcy Rule 2002 or through the Court's CM/ECF system, and (f) all persons or entities that received notice of the Confirmation Hearing.

WHEREFORE, RSP requests that this Court: (i) grant this First and Final Application in its entirety, (ii) approve fees and expenses requested by RSP in the amount of $148,632.50 and $983.00, respectively, 50, (iv) direct the Reorganized Debtor to pay the allowed fee award in ten equal monthly installments of $14,961.55 each, with the first payment to be sent on or about the date of entry of an Order approving this Application, and (v) provide for such other and further relief as this Court deems appropriate.

Respectfully submitted,

Dated: September 15, 2021                    ROBBINS, SALOMON & PATT, LTD.

                                             By: /s/   Steve Jakubowski
                                                 A Member of the Firm

                                             Steve Jakubowski (IL ARDC 6191960)
                                             Robbins, Salomon & Patt, Ltd.
                                             180 N. LaSalle, # 3300, Chicago, IL  60601
                                             Phone: (312) 456-0191
                                             Email: sjakubowski@rsplaw.com

## CERTIFICATE OF SERVICE

I, Steve Jakubowski, hereby certify that copies of (i) the **NOTICE OF APPLICATION AND FIRST AND FINAL APPLICATION FOR COMPENSATION OF ROBBINS, SALOMON & PATT, LTD., AS COUNSEL FOR DEBTOR IN POSSESSION** and (ii) the **COVER SHEET FOR FIRST AND FINAL APPLICATION OF ROBBINS, SALOMON & PATT, LTD. FOR PROFESSIONAL COMPENSATION** were served via email on September 15, 2021 on the parties in interest listed below through the Court's CM/ECF noticing system:

Kim M. Casey on behalf of Creditor H&E Equipment Services, Inc. kcasey@hkrockford.com

Monette W Cope on behalf of Creditor Beacon Funding ecfnil@weltman.com

Cari A Kauffman on behalf of Creditor AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM Financial ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com

Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov

Mark Melickian on behalf of Attorney Phillip D. Levey, Trustee for the bankruptcy estate of Ali & April Zaimi (21-05779) mmelickian@sfgh.com; joconnor@sfgh.com; mbrandess@sfgh.com; bkdocket@sfgh.com; bkdocket@sfgh.com

Norman B Newman on behalf of Attorney Phillip D. Levey, Trustee for the bankruptcy estate of Ali & April Zaimi (21-05779) nnewman@sfgh.com; nsulak@sfgh.com; bkdocket@sfgh.com

John M Owen on behalf of Creditor Chapman Spingola LLP jowen@chapmanspingola.com, wdickmann@chapmanspingola.com

Cecilio I Porras on behalf of Creditor U.S. Bank N.A. d/b/a U.S. Bank Equipment Finance cporras@askounisdarcy.com, hperez@askounisdarcy.com

Eric S Silvestri on behalf of Creditor CIBC Bank USA silvest@chapman.com

Charles S. Stahl, Jr. on behalf of Creditor Toyota Industries Commercial Finance, Inc. cstahl@smbtrials.com

Neema T Varghese nvarghese@nvconsultingservices.com

Charles R Woolley on behalf of Creditor U.S. Bank N.A. d/b/a U.S. Bank Equipment Finance rwoolley@askounisdarcy.com, zjohannsen@askounisdarcy.com

I further certify that the **Notice of Application** was sent to all persons or entities that were sent notice of the Debtor's Confirmation Hearing on July 23, 2021 [*see* Dkt. No. 130] by causing envelopes containing the same to be deposited in the United States mail on September 15, 2021, at 180 North LaSalle Street, Chicago, Illinois, first class postage prepaid.

/s/   Steve Jakubowski

8

# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | Case No. 21-03981 |
| OER SERVICES LLC, | ) | Honorable Janet S. Baer |
| | ) | |
| Debtor. | ) | Hearing Date:  October 6, 2021 |
| | ) | Hearing Time:  1:00 p.m. via Zoom |

**DECLARATION OF STEVE JAKUBOWSKI IN SUPPORT OF FIRST AND FINAL
APPLICATION OF ROBBINS, SALOMON & PATT, LTD., FOR ALLOWANCE OF
<u>COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

I, Steve Jakubowski, declare as follows:

1.      I am an attorney duly licensed to practice before the United States District Court for the Northern District of Illinois and a shareholder of the law firm of Robbins, Salomon & Patt, Ltd., located at 180 North LaSalle Street, Suite 3300, Chicago, Illinois 60601. I have personal knowledge of the matters set forth herein. If called upon to testify, I could testify competently to the facts contained herein.

2.      I submit this Declaration in connection RSP's Application for allowance of compensation for services rendered to the Debtor and for reimbursement of expenses incurred on behalf of the Debtor from the commencement of case on March 26, 2021, through the September 1, 2021 Plan Effective Date (the "<u>Application Period</u>").

3.      Capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Application.

4.      I am familiar with all other work performed by the lawyers and professionals at RSP on behalf of the Debtor.

5.      I have reviewed the Application and all accompanying exhibits hereto. The facts set forth in the Application are true and correct to the best of my knowledge, information, and belief.

6.      Set forth below is a summary of the name and date of bar admission of each attorney, the billing rate for each professional, the total hours billed, and the total value of each person's billings:

| PROFESSIONAL / BAR. ADM. | RATE | HOURS | FEES REQUESTED |
|---|---|---|---|
| Steve Jakubowski / 1985 | $485 | 268.10 | $ 132,211.00 |
| James E. Mainzer / 1978 | $405 | 0.40 | $ 162.00 |
| Jennifer M. Sender / 1991 | $400 | 4.50 | $ 1,800.00 |
| Parker E. Lawton / 2014 | $395 | 10.60 | $4,187.00 |
| Malcolm J. MacLaren / 2018 | $250 | 17.90 | $ 3,350 |
| Carmen Dutton (Paralegal) | $195 | 33.70 | $ 6,571.50 |
| Catherine Irby (Paralegal) | $195 | 0.40 | $ 78.00 |
| Nancy Kondziolka (Paralegal) | $195 | 1.40 | $ 273.00 |
| **TOTAL** | | | $ 148,632.50 |

7.      The total fees sought are summarized below by general category. The detail in respect of each matter is set forth in Exhibits A-1 through A-6, attached hereto:

| MATTER | BILLING CATEGORY | FEES REQUESTED |
|---|---|---|
| 2 | First Day Orders (*See* Decl., Ex. A-1) | $ 17,160.00 |
| 3 | Case Admin. / Claims Reconciliation (*See* Ex. A-2) | $ 26,215.00 |
| 4 | Cash Collateral / DIP Financing (*See* Ex. A-3) | $12,868.50 |
| 6 | Plan of Reorganization  (*See* Ex. A-4) | $ 77,609.50 |
| 7 | Executory Contracts / Unexpired Leases  (*See* Ex. A-5) | $ 4,074.00 |
| 8 | Professional Retention and Compensation  (*See* Ex. A-6) | $ 10,705.50 |
| | **TOTAL** | $ 148,632.50 |

8.      RSP additionally seeks reimbursement of expenses in the amount of $983.00. RSP did not charge for legal research database costs, routine copies, phones, faxes, or meals. These charges represent actual out-of-pocket costs incurred by RSP in connection with significant mailings to Creditors and Customers throughout the Case. The detail in respect of these expenses is set forth at on the last two pages of <u>Exhibit A-2</u>, attached hereto.

9.      The amounts being requested by RSP in the Application are billed at rates no less favorable than those customarily employed by RSP and generally accepted by RSP's non-bankruptcy clients

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge, information, and belief.

___/s/_  Steve Jakubowski___

# **<u>EXHIBIT A-1</u>**

# ROBBINS, SALOMON & PATT, LTD.

180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
312.782.9000  Facsimile 312.782.6690

2222 Chestnut Avenue
Glenview, Illinois 60026
847.729.7300  Facsimile 847.729.7390

www.rsplaw.com

OER Services LLC
Attn: Ali Zaimi
1650 Carmen Drive
Elk Grove Village, IL 60007

September 14, 2021
Bill # 262430

**Re:   14903 - 00002 - First Day Orders**

**Professional Fees**

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/26/21 | CD | Prepared notices of motion, service list (1.50); emails with SRJ and client regarding same (.6). | 4.10 |
| 03/26/21 | MJM | Revise employee/payroll first-day, emergency motion with S. Jakubowski comments. Additional review, formatting and editing prior to filing. (1.8). Draft Motion to reject lease contracts. Revise motion with S. Jakubowski comments. Additional review, formatting and editing prior to filing. (4.3) | 6.10 |
| 03/26/21 | MJM | Assist with printing, preparation, and mailing all bankruptcy filings. | 4.10 |
| 03/26/21 | SRJ | Review case filing requirements with client. | 0.80 |
| 03/26/21 | SRJ | Revisions to employee motion (.4); revise and send client letter re case issues (.3); emails to Malcolm M. and client re executory contracts for first day rejection (.3); further revisions to employee motion (.5); review payroll issues with client (.2); review and revise G. Paulus first day declaration (1.1) and discuss same with P. Lawton (.2); revisions to certificate of service, notices of motions, and related omnibus provisions for filings (1.3). | 4.30 |
| 03/26/21 | CD | Prepare appearances and petition for filing (2.00). | 2.00 |
| 03/26/21 | CD | Attend to requirements for service of first day motions | 2.20 |
| 03/29/21 | SRJ | Review and respond to emails from client, UST, and BK Court re filing status, creditor matrix, additional information requests. | 0.50 |

OER Services LLC                                                    September 14, 2021
14903 - 00002 - First Day Orders                                                    Page 2

**Professional Fees**

| Date | Init | Description | Hours | |
|---|---|---|---|---|
| 03/30/21 | SRJ | Review email from UST and email re same to client and G. Paulus (.5); review, finalize, and upload matrix (.4); respond to email of UST and review response with client (.9); prepare for first day hearing (.3); email and text to client on follow-up requests by CIBC and the UST (.2); review chart of employee expense and email to client re same (.2); call with client re first day motions and budget and exhibits (.5); review employee budget with client (.3); review, revise and circulate employee benefits order (.8) and lease rejection order (.7). | 4.80 | |
| 03/30/21 | MJM | Draft proposed orders for employee motion and lease rejection motion. | 3.20 | |
| 03/31/21 | SRJ | Revise and finalize employee order and prepare notice of filing re same (1.2); revise and finalize lease rejection order and prepare notice of filing re same (.9); prepare and file certificate of service and service all proposed orders (.6); prepare for hearing (1.4); attend Court zoom hearing (1.0); call with client to discuss hearing and go-forward strategies (.7); revise cash management motion (.5); discuss alternatives with client and Greg P. (.3), E. Silvestri (.2) and email to G. Silver re same (.1); revisions to employee order and multiple communications with Court re same (.6). | 7.50 | |
| 04/01/21 | CD | Telephone call to Best Case (.5); emails with client and SRJ regarding Ch. 11 forms (.4). | 0.90 | |
| 04/08/21 | CD | Made revisions to forms(2.0); emails regarding same (.4); conference call with SRJ and client regarding same (.5). | 2.90 | |
| 04/11/21 | CD | Prepared revised schedules (2.3); emails to client and SRJ regarding same (.2). | 2.50 | |
| 04/12/21 | CD | Receipt of emails from SRJ and client regarding changes (.2); made revisions to forms (.9); emails regarding same (.2). | 1.30 | |
| 04/13/21 | CD | Emails with SRJ and client regarding schedule revisions (.4); made revisions to schedules. | 2.40 | |
| 04/14/21 | CD | Conference call with client and SRJ regarding revisions to forms (1.0); receipt of emails regarding same (.2); emails regarding same (.2). | 1.40 | |
| 04/15/21 | CD | Receipt of emails from SRJ and client regarding revisions to forms (.4); Made revisions to forms (3.6); emails regarding same (.4); conference call regarding same (.8). | 5.20 | |
| 04/16/21 | CD | Emails with SRJ regarding revisions to schedules (.4); made revisions regarding same (1.0). | 1.40 | |
| | | **Total Fees This Matter** | **57.60** | **$17,160.00** |

OER Services LLC

14903 - 00002 - First Day Orders

**CURRENT BILL TOTAL AMOUNT DUE**                                                **$17,160.00**

**Payment Due Upon Receipt**

# **EXHIBIT A-2**

# ROBBINS, SALOMON & PATT, LTD.

180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
312.782.9000  Facsimile 312.782.6690

2222 Chestnut Avenue
Glenview, Illinois 60026
847.729.7300  Facsimile 847.729.7390

www.rsplaw.com

---

OER Services LLC
Attn: Ali Zaimi
1650 Carmen Drive
Elk Grove Village, IL 60007

September 14, 2021
Bill # 262431

**Re:   14903 - 00003 - Case Administration**

**Professional Fees**

| | | | |
|---|---|---|---|
| 04/01/21 | SRJ | Email to client re schedules and SOFA and to C. Dutton re same (.1); review UST OIRR with client (.5); discuss cash management issues with client (.3) and emails to/from G. Silver and E. Silvestri re same (.2); review standing orders and practices of Court and applicable local rules re motion practice and discuss same with client (.4); review insurance certificates (.1). | 1.60 |
| 04/02/21 | SRJ | Revise vendor letter re bankruptcy notice (.4); discuss same and banking issues with client (.2); review banking status with E. Silvestri (.1). | 0.70 |
| 04/05/21 | SRJ | Review issues re schedules with April Z. (.1) and regarding vendor inquiries and ordinary business practices with Ali Z. (.5). | 0.60 |
| 04/06/21 | SRJ | Call with client, G. Paulus and SubChapter V Trustee re case issues (.8); review upcoming deadlines and status with client and G. Paulus (.5); review and calendar all deadlines and discuss with client (.4). | 1.70 |
| 04/06/21 | SRJ | Review claims 1-6 and discuss with April Z. | 0.40 |
| 04/07/21 | SRJ | Review and respond to email from Northwest Handling Systems (.1); review schedules requirements with client (.1). | 0.20 |
| 04/08/21 | SRJ | Review bank account issues with April Z. (.1); review schedules and SOFA drafts (.7) and review line items with client (2.3); review tax reporting issues with J. Mainzer (.2). | 3.30 |
| 04/09/21 | SRJ | Emails to/from G. Silver re schedules and discuss same with client (.3); review issues with April Z. re schedule exhibits (.2). | 0.50 |
| 04/12/21 | SRJ | Revise and provide comments to revised drafts of SOFA and Schedules (2.0); emails to/from April Z. and C. Dutton re schedules and SOFA changes (.3). | 2.30 |

OER Services LLC                                                                    September 14, 2021
14903 - 00003 - Case Administration                                                                    Page 2

**Professional Fees**

| | | | |
|---|---|---|---|
| 04/14/21 | SRJ | Review draft SOFA and schedules, upcoming UST interview, and other case requirements with client. | 2.80 |
| 04/15/21 | SRJ | Review schedules and provide comments re same (.7); call with UST office for initial interview with client (.8). | 1.50 |
| 04/16/21 | SRJ | Discuss schedules with client (.2); review same with Greg P. (.2); markup changes, discuss secured and unsecured claims and guaranteed claims with client and C. Dutton (.4); revise customer schedule (.3); additional revisions to asset schedules and discuss with client and C. Dutton (.2); final review of schedules (.4); prepare documents and cover email re UST requests based on initial interview (.5); finalize and file schedules (.6). | 2.70 |
| 05/03/21 | SRJ | Call with P. Levey (Zaimi chapter 7 trustee) re background to chapter 11 case (.4); email to/from CIBC counsel and G. Paulus re financial reporting requirements (.1); call to chapter 7 counsel re related case filing and possible resolution (.1); call with chapter 7 counsel and clerk's office re same (.2); file notice of appearance in Zaimi BK (.1). | 0.90 |
| 05/04/21 | SRJ | Review with G. Paulus issues relevant to status report due with Court (.2); call with client re same (.1). | 0.30 |
| 05/05/21 | SRJ | Review summary documents for CIBC monthly reporting and discuss with April Z. (.5); complete and file first draft of status report (1.6); call with client to prep for 341 meeting (.5); emails to CIBC, UST and Subch.V Trustee re status report and accounting issues (.7). | 3.30 |
| 05/06/21 | SRJ | Call with Sunbelt Rental attorney re claim issues and filed proof of claim. | 0.30 |
| 05/06/21 | SRJ | Prepare for 341 meeting (.3) and review with client (.2); participate in 341 meeting and post-meeting review with client (1.9); revisions to schedules and SOFA per 341 meeting and email to client re same (.5); prepare and file notice of filing of status report (.3). | 3.20 |
| 05/07/21 | SRJ | Update schedules and emails to/from April Z. re amendments. | 0.30 |
| 05/10/21 | SRJ | Research and download relevant case law and secondary documents re application of Section 107(b) to customer lists and related confidential information (1.4); draft 107(b) motion (.3). | 1.70 |
| 05/11/21 | SRJ | Review claim issues with Eastern Lift. | 0.20 |
| 05/11/21 | SRJ | Draft motion to redact Schedule G information (1.5) | 1.50 |
| 05/12/21 | SRJ | Complete first draft to 107(b) motion (3.2); draft declaration and review fact issues with client (.8); draft order (.6); proofread and revise all documents (.8); draft certificate of service and notice of motion (.3); attend to filing and service of 107(b) motion (.2) | 5.90 |

OER Services LLC                                              September 14, 2021
14903 - 00003 - Case Administration                                    Page 3

## Professional Fees

| | | | |
|---|---|---|---|
| 05/16/21 | SRJ | Review and upload proofs of claim (.8); email to team re status hearing and upcoming deadlines (.3). | 1.10 |
| 05/19/21 | SRJ | Review lift stay motion, email from Neema V., call with client re Americredit motion for stay relief and background to same (.5); review same with Americredit counsel, C. Kaufmann (.2), discuss same with client (.2), and email to Neema V. re same (.3); discuss case status with John Owen, Zaimi's personal counsel (.4) | 1.60 |
| 05/19/21 | SRJ | Prepare for (.4) and attend 1188 status conference (.5); revise and circulate draft order on motion to seal and review applicable local rules (.4). | 1.30 |
| 05/20/21 | SRJ | Email to C. Dutton with instructions on amendments to SOFA and Schedules (.3); review chapter 11 case status with chapter 7 counsel and multiple reaffirmation requests related to OER received by chapter 7 counsel (.3) | 0.30 |
| 05/21/21 | SRJ | Discuss revisions to schedules and matrix and requirements for service of customers with Carmen D. (.3); draft C/S for customer list (.1); review, provide comments to and file monthly report (.6). | 1.00 |
| 05/21/21 | CD | Receipt of emails regarding revisions to schedules; began revisions to schedules; emails regarding same; conference with SRJ regarding same. | 0.80 |
| 05/21/21 | CD | Receipt of emails regarding revisions to schedules; began revisions to schedules; emails regarding same; conference with SRJ regarding same. | 0.80 |
| 05/24/21 | CD | Email to SRJ regarding conference call regarding revisions to schedules; receipt of email regarding same. | 0.40 |
| 05/25/21 | SRJ | Review questions re amended schedules with C. Dutton (.1); review operating report issues with client and SubV Trustee (.1). | 0.20 |
| 05/26/21 | SRJ | Revisions to schedules and file and serve redacted Schedule G (1.2); revise matrix (.2); review tasks and service with  C. Dutton (.3). | 1.70 |
| 05/26/21 | CD | Receipt of email from SRJ regarding schedule G; emails regarding same; revisions to matrix regarding same. | 1.10 |
| 06/01/21 | SRJ | Download and review newly filed proofs of claim and email to April Z. re same. | 0.20 |
| 06/03/21 | SRJ | Review latest filed proofs of claim, | 0.20 |
| 06/03/21 | SRJ | Review with Zaimi chapter 7 counsel matters related to OER case. | 1.20 |

OER Services LLC                                                          September 14, 2021
14903 - 00003 - Case Administration                                                Page 4

**Professional Fees**

| | | | |
|---|---|---|---|
| 06/04/21 | SRJ | Discuss issues related to OER case with Zaimi chapter 7 counsel (.3); attend Zoom 341 meeting with chapter 7 trustee and discuss results of same with client and Zaimi chapter 7 counsel thereafter (.8); email to client and chapter 7 counsel re overlapping issues between cases (.3). | 1.40 |
| 06/10/21 | SRJ | Review Beacon letter and emails to/from Beacon's and Zaimis' lawyer re same. | 0.20 |
| 06/10/21 | SRJ | Email to Zaimi personal bankruptcy counsel re overlapping issues and review pleadings filed in Zaimi personal bankruptcy case re same | 0.20 |
| 06/16/21 | SRJ | Review amended Toyota claims. | 0.30 |
| 06/18/21 | SRJ | Attend Zaimi 341 hearing (.5); review same with client and his counsel (.8); and with email and background document regarding co-debtor claims and mutuality of obligations (.6). | 1.90 |
| 06/21/21 | SRJ | Review and provide comments on monthly report. | 0.50 |
| 06/22/21 | SRJ | Review Levey motion re GMC and GMC transfer issues with Zaimi counsel (.3); review Unison invoicing issues with client and review related emails (.1). | 0.40 |
| 06/28/21 | CD | Receipt of email from SRJ regarding preparing mails for documents; emails regarding same. | 0.40 |
| 06/30/21 | CD | Prepared mailings for notices and additional documents; emails with SRJ regarding same. | 1.40 |
| 07/16/21 | SRJ | Attend 341 meeting in Zaimi case. | 0.20 |
| 07/21/21 | SRJ | Review and comment on monthly report | 0.30 |
| 07/21/21 | CD | Receipt of emails regarding mailing (.2); revised creditor matrix (.4); email to SRJ regarding same (.1). | 0.70 |
| 07/29/21 | SRJ | Email to/from Crown Cork re payment due (.1); call with client and Crown Cork re A/R payment due (.3) | 0.40 |
| 08/20/21 | SRJ | Review and file operating report and discuss same with client | 0.30 |
| 08/26/21 | SRJ | Respond to various questions from April Z. re financial statement preparation | 0.30 |
| 08/27/21 | SRJ | Review internal balance sheet numbers and two calls with April Z. re same | 0.30 |
| 09/12/21 | SRJ | Commence drafting of motion for final decree. | 0.40 |
| | | **Total Fees This Matter** | 57.40         $26,215.00 |

**Disbursements**

OER Services LLC                                              September 14, 2021
14903 - 00003 - Case Administration                                    Page 5

**Disbursements**

| | | |
|---|---|---:|
| 03/26/21 | Postage Fee Service of First Day Motions and Petition - 3/26/21: Copies (at $0.15 per page): $451.50; Postage: $171.00 | 622.50 |
| 04/05/21 | Postage Fee Service of Cash Collateral Order - 4/5/21: Copies (at $0.15 per page): $12.00; Postage: $10.00 | 22.00 |
| 04/23/21 | Postage Fee Service of Second Cash Collateral Application - 4/23/21: Copies (at $0.15 per page): $15.00. Postage $10.00 | 25.00 |
| 05/23/21 | Postage Fee Service of Customer Order - 5/23/21:  Copies (at $0.15 per page): $4.65 Postage: $15.50 | 20.15 |
| 07/23/21 | Postage Fee Service of Plan Solicitation Materials - 7/23/21: Copies (at $0.15 per page): $438.15; Postage: 200.86 | 200.86 |
| 09/12/21 | Postage Fee Service of Confirmation Order - 9/12/21: Copies (at $0.15 per page): $17.85; Postage: $59.50 | 59.50 |
| 09/14/21 | Computerized Bankruptcy Docket - Pacer Service Center Bankruptcy searches - PACER | 33.00 |
| | **Total Disbursements** | **$983.01** |

**CURRENT BILL TOTAL AMOUNT DUE**                               **$27,198.01**

**Payment Due Upon Receipt**

# EXHIBIT A-3

# ROBBINS, SALOMON & PATT, LTD.

180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
312.782.9000  Facsimile 312.782.6690

2222 Chestnut Avenue
Glenview, Illinois 60026
847.729.7300  Facsimile 847.729.7390

www.rsplaw.com

---

OER Services LLC                                                    September 14, 2021
Attn: Ali Zaimi                                                     Bill # 262432
1650 Carmen Drive
Elk Grove Village, IL 60007

**Re:   14903 - 00004 - Cash Collateral/DIP Financing**

**Professional Fees**

| | | | |
|---|---|---|---|
| 03/26/21 | PEL | Zoom teleconference with Steve Jakubowski, Malcome Macleren and Carmen Dutton regarding preparation for OER Services LLC bankruptcy filing. (.3) Revise and edit outline on issues to address with respect to Motion for Use of Cash Collateral and Debtor Bank Accounts. (.2) Research related to Local Rules pertaining to Motions for Use of Cash Collateral. (.1) Attend Zoom teleconference with Steve Jakubowski and Greg Paulus regarding issues related to bankruptcy petition, cash collateral use, OER Services LLC's bank accounts, balance sheets, income statements, and outstanding amounts owed to secured and unsecured creditors. (.3) Analyze and review Loan Documents with CIBC Bank and lease agreements in connection with preparing first day motion to Use Cash Collateral. (.7) Revise, draft and edit Motion to Use Cash Collateral for debtor OER Services LLC. (1.0) Revise, draft and edit Declaration of Greg Paulus in Support of Debtor's Use of Cash Collateral for debtor OER Services LLC. (.8) Revise, draft and edit Interim Order to Use Cash Collateral for debtor OER Services LLC. (2.5) | 5.90 |
| 03/26/21 | SRJ | Review budgets and discuss with client and Greg P. (1.2); further review of budget and cash collateral provisions with client (.9); review and revise DIP motion, declaration and order (1.8); review same with P. Lawton and G. Paulus (.5); further revisions to DIP order, budget, and motion (.9). | 2.50 |

OER Services LLC
14903 - 00004 - Cash Collateral/DIP Financing

**Professional Fees**

| Date | Init. | Description | Hours |
|---|---|---|---|
| 03/26/21 | PEL | Draft and edit Motion to Use Cash Collateral related to OER Services LLC bankruptcy petition. (2.0) Draft and edit Proposed Interim Order to Use Cash Collateral. (.8) Draft and edit Affidavit in Support of First Day Motions. (1.2) Teleconference with Steve Jakubowski and Greg Paulus regarding First Day Motions. (.4) Telephone call with Steve Jakubowski regarding First Day Motions. (.3) | 4.70 |
| 03/30/21 | SRJ | Call with client to discuss responses to UST and update of budget (.9); call with E. Silvestri re cash collateral issues (.3); revise cash collateral order (.8); review order and budget with client and Greg P. (.4); further revisions to order (.5) and emails circulating same to UST and CIBC counsel (.2); finalize cash collateral budget, revise draft order, and circulate same to lender and UST counsel and SubV Trustee (.9). | 4.40 |
| 03/31/21 | SRJ | Revise and finalize cash collateral order and prepare notice of filing re same (1.3); revise cash collateral order for fillable form and circulate same (.6); review cash collateral budget issues with client and Greg P. (.2) | 2.10 |
| 04/01/21 | SRJ | Emails to/from E. Silvestri and G. Silver re DIP accounts (.2); discuss same with client (.2); revise and circulate cash collateral fillable order and upload to court (.8). | 1.00 |
| 04/05/21 | SRJ | Prepare Exhibit A to budget for uploading to Court and email to Court re same (.4); draft certificate of service of cash collateral order and send email directions re service and mailing to C. Dutton and N. King (.4). | 0.80 |
| 04/08/21 | SRJ | Review claims reconciliation issues with Harmon principals and email reply to Harmon re same. | 0.40 |
| 04/19/21 | SRJ | Revise cash collateral order for second interim period (1.3); update notice of filing and C/S (.4); review budget with client (.2); email re status of second interim budget and order to E. Silvestri (.1); review final budget (.1); finalize notice of filing and exhibits for filing (.5); service to Court and email service list (.2). | 2.80 |
| 04/20/21 | SRJ | Discuss cash collateral projections with client (.3). | 0.30 |
| 06/16/21 | SRJ | Call with Zaimi chapter 7 trustee re GMC (.2); call with Americredit counsel (.2); review GMC options with Zaimi counsel and Ali Zaimi (.3); email to CIBC counsel re same (.2); hearing on lift stay motion (.4). | 1.30 |
| 06/28/21 | SRJ | Email re GMC to Zaimi Trustee and C. Kauffman for lender (.2); email to client and G. Paulus re cash collateral budget inclusions (.1). | 0.30 |
| 06/28/21 | SRJ | Review cash collateral issues and revised budget with client. | 0.30 |

OER Services LLC                                                        September 14, 2021
14903 - 00004 - Cash Collateral/DIP Financing                                    Page 3

**Professional Fees**

| | | | | |
|---|---|---|---|---|
| 06/29/21 | SRJ | Revise cash collateral order, respond to questions from client re same, prepare notice of filing and redline for same (1.4); compile and file notice of filing re same (.3). | 1.70 | |
| | | **Total Fees This Matter** | **28.50** | **$12,868.50** |

**CURRENT BILL TOTAL AMOUNT DUE**                                          $12,868.50

**Payment Due Upon Receipt**

# **<u>EXHIBIT A-4</u>**

# ROBBINS, SALOMON & PATT, LTD.

180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
312.782.9000  Facsimile 312.782.6690

2222 Chestnut Avenue
Glenview, Illinois 60026
847.729.7300  Facsimile 847.729.7390

www.rsplaw.com

---

OER Services LLC
Attn: Ali Zaimi
1650 Carmen Drive
Elk Grove Village, IL 60007

September 14, 2021
Bill # 262434

**Re:   14903 - 00006 - Plan of Reorganization**

**Professional Fees**

| | | | |
|---|---|---|---|
| 03/26/21 | SRJ | Review discharge issues and outline prospective plan provisions with client. | 0.60 |
| 04/08/21 | JMM | Telephone conference re: notice and IRS collection. | 0.40 |
| 04/16/21 | SRJ | Review plan outline and strategies with client (.3) and R. Fimoff (.4). | 0.70 |
| 04/20/21 | SRJ | Discuss plan confirmation strategies with client (.7); email to Neema V. re case status and discuss same with client (.3). | 1.00 |
| 04/21/21 | SRJ | Call with client and G. Paulus re reorganization strategies (.8); further post-hearing review of same with client (.4). | 1.20 |
| 04/26/21 | SRJ | Review draft plan schedule and comment on same. | 0.20 |
| 05/04/21 | SRJ | Call with client and financial advisor re projections (.6); review plan issues with client (.2). | 0.80 |
| 05/04/21 | SRJ | Begin draft of 1188(c) report. | 0.60 |
| 05/04/21 | NKK | Review search request received from Steve R. Jakubowski; electronic communication exchange with Steve R. Jakubowski re: same; contact Delaney Corporate Services, Ltd. to obtain cost estimate for UCCs and judgments. | 0.40 |
| 05/06/21 | SRJ | Discuss plan alternatives and strategies with CRO (.3); review recent SBRA case law on plan requirements (.2). | 0.50 |
| 05/19/21 | SRJ | Call with Greg P. and client re status hearing and updates of current status (.3); review and revise materials for prospective lenders from Greg P. (.7). | 1.00 |
| 05/20/21 | SRJ | Complete revisions to draft for prospective lenders (.4); email to client and G. Paulus re same (.1); review cash flow projections (.4) and discuss with G. Paulus (.5) | 1.40 |

Tax ID# 36-2696941

OER Services LLC                                                              September 14, 2021
14903 - 00006 - Plan of Reorganization                                                Page 2

**Professional Fees**

| | | | |
|---|---|---|---|
| 05/21/21 | SRJ | Call re plan strategies and details with client. | 1.70 |
| 05/25/21 | CI | Online CCRD search against property; Saved copies of recordings. | 0.40 |
| 05/25/21 | NKK | Electronic communication exchange with Steve R. Jakubowski re: search order; contact Delaney Corporate Services, Ltd. re: UCC and judgment search order. | 0.50 |
| 05/25/21 | CD | Emails with SRJ regarding finalizing schedules; began work regarding same. | 0.90 |
| 06/01/21 | SRJ | Call with client and G. Paulus re plan strategies (1.0); call with Neema V. re same (.1). | 1.10 |
| 06/03/21 | SRJ | Call with client re plan strategies, details, and projected cash flows. | 2.30 |
| 06/04/21 | NKK | Review search results received from Delaney Corporate Services, Ltd.; forward to Steve R. Jakubowski. | 0.50 |
| 06/09/21 | SRJ | Emails to/from Beacon re plan treatment and review same with client (.2); review Toyota filed claims and email to client re same (.3). | 0.50 |
| 06/11/21 | SRJ | Discuss plan options with E. Silvestri for CIBC (.2) and J. Owen for Zaimis (.2). | 0.40 |
| 06/14/21 | SRJ | Review filings in Zaimi case and discuss same with Zaimi chapter 7 attorney. | 0.40 |
| 06/15/21 | SRJ | Review chapter 7 trustee email and respond to same re GMC Sierra (.3); review SGFH employment motion in Zaimi case (.1). | 0.40 |
| 06/15/21 | SRJ | Draft chapter 11 plan (initial structure and formatting) (.5); outline plan alternatives and class structure (.5); review structure with client (.4); prepare base templates for client to complete on background to the plan and related introductory subsections (.9); draft preliminary sections to Articles I and II (.7). | 3.00 |
| 06/15/21 | SRJ | Call with client and client's personal counsel re GMC and disposition of plan equity (.5); email to (.4) and call with Zaimi ch. 7 trustee re same (.3); discuss same with client (.2). | 1.40 |
| 06/16/21 | SRJ | Review projections with client and Greg P. and discuss plan alternatives (1.3); email to Greg P. with precedential excerpts for projections and liquidation analysis (.4); draft plan summary and class treatment sections (1.1); draft exhibits to plan (.4). | 3.20 |
| 06/16/21 | SRJ | Calls with P. Levey (.1) and M. Melickian (.2) re OER case status, chapter 7 estate claims against OER, and plan issues; review same with client and consider alternative plan treatments re same (.3); review same with Zaimi chapter 7 counsel (.2). | 0.80 |

OER Services LLC                                                                September 14, 2021

14903 - 00006 - Plan of Reorganization                                                    Page 3

## Professional Fees

| | | | |
|---|---|---|---|
| 06/17/21 | SRJ | Complete first draft of plan and Exhibit D. | 5.50 |
| 06/18/21 | SRJ | Call with client to review secured creditor and executory contract treatment (1.3); additional review of plan recoveries with client (.4). | 1.70 |
| 06/21/21 | SRJ | Revisions to defined terms and other exhibits (1.7); draft opening sections of Plan (2.3); review creditor treatment (1.3) and review same with client (.5). | 5.80 |
| 06/22/21 | SRJ | Review final claim numbers with client (1.3); revisions to plan and exhibits and circulate to team (1.6); call with N. Varghese re plan (.2); email to client re plan issues (.1); draft motion for scheduling et al re confirmation hearing (.8); draft email to secureds and discuss with client (.3); draft procedures motion (.8). | 5.10 |
| 06/23/21 | SRJ | Review draft emails to secured lenders and answer questions re same from client (.6); draft solicitation, balloting, and notice procedures motion, order, notice, and C/S and revise and file same (3.7); call re projections with Greg P. (.5). | 4.80 |
| 06/24/21 | SRJ | Revisions to plan and all exhibits for filing and multiple calls with client and Greg P. re same (6.2); call with client and Greg P. re projections and liquidation analysis (1.3); final changes to Plan draft and review with client and file same (.9) | 8.40 |
| 06/25/21 | SRJ | Review filed plan for revisions (.5) and emails to/from client re same (.2); discuss plan with P. Levey (.1) | 0.80 |
| 06/27/21 | SRJ | Draft ballots (1.3); draft notices and revisions to plan (2.0). | 3.30 |
| 06/28/21 | SRJ | Email instructions to Carmen D. re mailing requirements for plan and solicitation materials (.3); revise and finalize notices and ballots for filing (.9); review plan issues with E. Silvestri and multiple emails to/from E. Silvestri re same (.5). | 1.70 |
| 06/29/21 | SRJ | Review and respond to comments from UST (.6); revisions to plan to incorporate these and comments from CIBC counsel, client, and additional personal review. | 0.60 |
| 06/30/21 | SRJ | Revisions to plan (.8); review GMC and plan issues with Zaimi counsel (.4) and P. Levey (.2); attend Zaimi GMC hearing (.2); prepare for OER hearing (.5) and review issues review same with client (.4) and J. Owen (.2); attend OER hearing (.5); review status with client post-hearing (.4); review plan options with M. Melickian (.3) and discuss same with client (.5); draft revisions to Class 3 Member Interests for client review (.8); review plan options with E. Silvestri (.1); revisions to notices and definitions (.6). | 5.90 |
| 07/01/21 | SRJ | Emails re projections with client and Greg P. (.2); revisions to CIBC section of plan and email to E. Silvestri re same (.4); revisions to treatment of Zaimi trustee section (.4) | 1.00 |

OER Services LLC                                                      September 14, 2021
14903 - 00006 - Plan of Reorganization                                          Page 4

**Professional Fees**

| | | | |
|---|---|---|---|
| 07/02/21 | SRJ | Review landlord cure issues and plan treatment with client (.2); research SBRA admin. rent provisions (.2); review negotiations status re landlord with client (.1); address chapter 7 trustee issues with M. Melickian (.1), client (.1), and J. Owen (.1) | 0.80 |
| 07/06/21 | SRJ | Email to client re status of negotiations with Trustee (.1) and review same with Zaimi counsel (.1); emails to/from CIBC counsel, and client, re CIBC comments to plan and monthly reports (.1); revise confirmation notice (.2); review CIBC plan comments and email to E. Silvestri re same (.2); revise cure notice and draft additional form letter for customers (.6); revisions to definition section (.7); revisions to plan (1.7); changes to ballots, exhibits (.4); final changes to plan (.3) | 4.40 |
| 07/07/21 | SRJ | Multiple emails with G. Silver, E. Silvestri, M. Melickian, Alex D. re court hearing and status (.4); call with client re Toyota claim treatment, Zaimi estate claims treatment, individualized customer notices, scheduling, tax issues (1.1); revisions to Toyota treatment and email to C. Stahl re same (.2); attend Court continued hearing (.3); email to Zaimi counsel re settlement issues with chapter 7 trustee (.2) | 2.20 |
| 07/08/21 | SRJ | Call with accountant re tax issues and fresh start accounting (.7); call with client re matters related to comprehensive settlement with Zaimi Estate trustee (.6); prepare base offer for Zaimi estate trustee and multiple calls with client revising same (1.7); call with trustee's counsel (.5); review same with client (.3); update base offer, review and revise with client, and send to trustee's counsel (1.3) | 5.10 |
| 07/09/21 | SRJ | Review accounting issues with client and emails to trustee counsel re same (.2) | 0.20 |
| 07/12/21 | SRJ | Call with E. Silvestri re CIBC treatment (.2); incorporate changes into plan and further modify all exhibits, forms, and notices for supplemental filing (1.3); circulate redlines and incorporate comments from N. Varghese (.4); further revisions to plan to incorporate comments of N. Varghese and client (.2); email to C. Dutton re mailing requirements for solicitation packages and notices (.2); email to K. Kidd re requirements for customer notices and cure letters (.1); emails to/from M. Melickian re status (.1) | 2.40 |

OER Services LLC
14903 - 00006 - Plan of Reorganization

**Professional Fees**

| | | | |
|---|---|---|---|
| 07/13/21 | SRJ | Call re plan status and/or plan negotiations with: client (.2); Neema V. (.2); Gretchen S. (.2); Zaimi trustee lawyers (.3); client (.2); Greg P. (.1); Zaimi chapter 7 counsel (.1); emails to/from Zaimi trustee lawyer (.2); CIBC lawyer (.1); Gretchen S. and Neema V. (.1); review Bonaphel discussion of 1191 and cases cited therein and prepare for call with Zaimi trustee lawyers (.8); revisions to plan to add background section on Zaimi estate issues (.6); final revisions to plan (.5), ancillary documents and proposed order (.8); prepare documents for filing and file same (.6); prepare for hearing and further consider negotiation strategies with client (.3); call with Mark M. (.1) and client (.3) re Zaimi estate settlement offer; revise spreadsheet of settlement options with Zaimi estate trustee and email to client re same (.4) | 6.10 |
| 07/14/21 | SRJ | Two calls with client re Zaimi trustee proposal (.6); discuss same with Mark M. (.2); update spreadsheet re same and circulate (.1); consider CIBC related issues and discus same wtih E. Silvestri (.3) and client (.1); multiple emails and calls (client (.7); M. Melickian (.4); Gretchen S. (.1); Neema V. (.1); Alex D. (.1)) and revisions to spreadsheet (.3) re settlement with Zaimi trustee; attend Court hearing (.6); review proposed settlement with Zaimi chapter 7 counsel (.2); revisions to plan to incorporate various final comments (.4) | 4.20 |
| 07/15/21 | SRJ | Revisions to Section 5.4 of plan for Zaimi Estate claims (1.7); review same with client and client's personal counsel (.4); revise notices, ballots, and exhibits to Plan (1.4); review final customer notices prepared by client and compare to Plan Schedule D and revise exhibits and notice and email to April Z. er same (.9); revise notices and solicitation procedures order (.3) | 4.70 |
| 07/16/21 | SRJ | Revisions to Class 4 language and email to trustee counsel re same (.2); call with trustee counsel re Class 4 language (.2); prepare claims analysis for Zaimi trustee of comparative claims against OER and Zaimi estates based on schedules and filed claims (.6) and review and revise with client (.9); clean up exhibit and emails to/from Mark M. re plan language (.4); review customer list and email to April Z. re same on notice issues (.1); draft plan language re secured creditors and email to Mark M. re same (.3); update April Z. (.2) and client (.3) and their chapter 7 attorney (.2) re negotiation status | 3.40 |
| 07/19/21 | SRJ | Calls re final plan negotiations and changes with April Z. (.1); E. Silvestri (.1), M. Melickian (.1), M. Melickian and E. Silvestri (.4); review and forward information requested by M. Melickian related to the plan proposal (.5); review status with client (.4); review projections with client and J. Pechukas (.3); final revisions to plan and all notices and ballots (2.5); emails of revised documents to key parties in interest (.2); calls with E. Silvestri and M. Melickian re plan issues (.3) | 4.90 |

OER Services LLC                                                                September 14, 2021
14903 - 00006 - Plan of Reorganization                                                    Page 6

**Professional Fees**

| | | | |
|---|---|---|---|
| 07/20/21 | SRJ | Review redline from Zaimi trustee (.2); call with Mark M. re same (.2); four calls with Eric S. re CIBC plan issues (.5); discuss status with John O. (.3); prepare claims reconciliation chart for CIBC (1.4) and review with client (.4); revisions to plan to incorporate CIBC and Zaimi trustee comments (1.1); review projections and comments re J. Pechukas re same (.2);prepare all redlines for filing with court (1.8) | 6.10 |
| 07/21/21 | SRJ | Multiple calls re final relevant plan confirmation issues with Ali Z. (.9); Mark M. (.2); Eric S. (.6); Neema V. (.1); respond to CIBC queries and review same with client (1.4); attend court hearing (.6); multiple revisions to Plan to incorporate comments and circulate same (1.5); email to Eric S. re Beacon, Toyota and Terex valuations (.3); review and test revised projections and discussions with Jake P. re finalizing same (.8); multiple emails to Beacon counsel re plan objections (.3); email re upcoming mailing requirements to paralegal (.4) | 7.10 |
| 07/22/21 | SRJ | Prepare and revise final creditor solicitation and notice lists and review with client for accuracy (1.8); revisions to plan for circulation (2.2); revise service lists and fix claims amounts with client (1.5); calls re final plan terms with Mark M. (.2); Ali Z. (1.2); Eric S. (.1); emails-texts to/from Eric S. re final settlement terms (.4); review final projections and revisions to same with Jake P. (.3); organize lists for service to customers, secured, unsecureds, and others and email same to paralegal (1.0); review merged ballots for distribution (.2); email to paralegal re final distribution requirements for 5 categories of service and populate and finalize distribution folder for service of solicitation package and notices (2.5) | 8.90 |
| 07/23/21 | SRJ | Emails to/from Mark M. re vehicles and review same with J. Owen (.2); call with April Z. and Ali Z. re plan terms (.4); technical revisions to Plan, final review, and file same (1.5); emails to Mark M. and Eric S. re changes (.1); review distribution issues and final solicitation packages and mailing with paralegal (.5) | 2.70 |
| 07/26/21 | SRJ | Email to client re solicitation process and key narrative points (.4); email to paralegal re draft certificate of services for solicitation packages and confirmation notices (.1) | 0.50 |
| 07/27/21 | SRJ | Review status of chapter 7 reaffirmations related to Class 4 settlement with Zaimi chapter 7 counsel (.3); review and comment on draft emails re same (.1) | 0.40 |
| 07/28/21 | SRJ | Review law on timing regarding filing of reaffirmation agreements and obtaining extensions thereof (.5); discuss same with J. Owen (.3); draft insert for extension motion in personal case (.4) and provide comments on draft motion, notice of motion, and proposed form of order (.3); emails to/from Mark M. re same (.2); review same with April Z. (.1); review filed motion and emails to/from Mark M. re same (.2) | 2.00 |

OER Services LLC                                                                 September 14, 2021
14903 - 00006 - Plan of Reorganization                                                      Page 7

**Professional Fees**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/30/21 | SRJ | Review and provide comments on trustee motion for settlement (.5); email to client and chapter 7 counsel re same (.1); call with Zaimi chapter 7 counsel re settlement issues (.2); call with J. Owen and M. Melickian (.3) re motion to settle. | 1.10 |
| 08/02/21 | SRJ | Review terms of proposed order with N. Newman (.1) and J. Owen (.1); emails to/from J. Owen re proposed order and reaffirmation agreements (.2); email with solicitation materials to US Bank counsel (.1); email re plan claim amounts and classification to/from Skyjack (.1) | 0.60 |
| 08/03/21 | SRJ | Emails to/from C. Kaufman and J. Owen re reaffirmation agreements (.1); review draft reaffirmation agreements and discuss procedural interconnections between estates with N. Newman and C. Kaufman (.7); call with client and J. Owen re reaffirmation agreements and other pre-confirmation requirements (.5); call with N. Newman re confirmation issues and hearing to extend deadline (.1); review Skyjack email and discuss with Skyjack rep. and client (.4) | 1.80 |
| 08/04/21 | SRJ | Attend hearing on reaffirmation agreement deadline extension | 0.30 |
| 08/10/21 | SRJ | Review reaffirmation agreements for vehicles and email to Zaimis re same. | 0.30 |
| 08/16/21 | SRJ | Create checklist of closing issues for confirmation (.3); review reaffirmation agreement issues with J. Owen (.1). | 0.40 |
| 08/17/21 | SRJ | Review voting and confirmation issues with client (.3); email to Unison claim holder re plan and balloting (.2). | 0.50 |
| 08/18/21 | SRJ | Review claims, voting status, and confirmation issues with client (.6); emails to/from client re balloting issues and timing (.3). | 0.90 |
| 08/19/21 | SRJ | Emails to/from various creditors (Blue Bridge, WFB, HYG, Beacon, Chapman-Spingola) re balloting issues (.7); email to Gretchen S. and Neema V. re same (.1); emails to/from creditors re balloting (Unison, H&E, De Lage) (.3); call with Eric S. re CIBC claim (.1); call with client and Carmax re reaffirmation and balloting (.4). | 1.60 |
| 08/20/21 | SRJ | Advise client on Carmax resolution and email to Carmax re same (.2); email to/from L. Scott and client re WFB and HYG ballots (.2); email to client re open balloting issues (.1); call with client and multiple emails to/rom CE Capital re balloting issues (.2); prepare blank ballot and email same for Class 2 (CIBC) to E. Silverstri (.1); review ballot status with client (.1); review Atlantic Lift ballot issues with client (.1); assemble and file individual ballots and email authorizations for same (1.5); prepare C/S for confirmation hearing and review same with K. Kidd (.7); multiple emails re final ballots from unsecured creditors to/from client (.3) | 3.50 |

OER Services LLC                                                          September 14, 2021
14903 - 00006 - Plan of Reorganization                                            Page 8

**Professional Fees**

| Date | | Description | | |
|------|------|-------------|------|------|
| 08/23/21 | SRJ | Emails to creditors with returned envelopes and ballots (.3); review status of chapter 7 trustee settlement with J. Owen and client (.2); review balloting issues with Clerk of Court (.1); draft C/S on balloting (.3) | 0.90 | |
| 08/24/21 | SRJ | Two calls with client re confirmation hearing and consummation requirements and timing of distribution and re reaffirmation agreements required for plan confirmation (.8); download ballots from docket for ballot report, prepare an amended ballot per court clerk's instructions (.5) | 1.30 | |
| 08/26/21 | SRJ | Revise and finalize certificate of service re plan solicitation materials and related notices (1.3); prepare ballot report and replacement ballots (1.5) | 2.80 | |
| 08/27/21 | SRJ | Finalize ballots and reports for filing (.8); review reaffirmation agreements to be filed in support of Class 4 settlement and provide comments to same (.3) | 1.10 | |
| 08/30/21 | SRJ | Draft OER confirmation order (1.8); review reaffirmation requirements with J. Owen and email to J. Owen re same (.3); review post-confirmation payment issues with April Z. (.1) | 1.20 | |
| 08/31/21 | SRJ | Three calls re reaffirmation agreements with Zaimi counsel (.3), call re same with CarMax rep (.3); review and incorporate comments to Confirmation Order (1.5); review same with Mark M. (.1); finalize and file order, copy to chambers (.3); call with client (.2) and Greg P. (.2) to discuss confirmation requirements; | 2.60 | |
| 09/01/21 | SRJ | Review confirmation hearing issues with client and Greg P. (.5); email to client with confirmation requirement (.2); prepare for and attend confirmation hearing (1.8); post-hearing edits to order and circulate same (.8); review and tender collateral report to CIBC (.1) | 3.40 | |
| 09/02/21 | SRJ | Review post-confirmation timing issues with client (.3); review status of reaff agreements with client and J. Owen (.1). | 0.40 | |
| | | **Total Fees This Matter** | **161.70** | **$77,609.50** |

**CURRENT BILL TOTAL AMOUNT DUE**                                          **$77,609.50**

**Payment Due Upon Receipt**

# EXHIBIT A-5

# ROBBINS, SALOMON & PATT, LTD.

180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
312.782.9000  Facsimile 312.782.6690

2222 Chestnut Avenue
Glenview, Illinois 60026
847.729.7300  Facsimile 847.729.7390

www.rsplaw.com

---

OER Services LLC
Attn: Ali Zaimi
1650 Carmen Drive
Elk Grove Village, IL 60007

September 14, 2021
Bill # 262435

**Re:  14903 - 00007 - Executory Contracts and Unexpired Leases**

**Professional Fees**

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 04/01/21 | SRJ | Prepare for (.3) and call with (.5) H&E re vendor and lease assumption issues; review same with client (.1); review Sunbelt equipment seizures with client and customer email communications re same (.4). | 1.30 |
| 04/02/21 | SRJ | Review executory contract issues re Harmon and Sunbelt with client (.5); multiple emails to/from Harmon (.4) and Sunbelt (.2) re same; discuss status of vendor and customer contracts with client (.4). | 1.50 |
| 04/05/21 | SRJ | Draft rejection order (.4); email notice to Bank of the West (.1). | 0.50 |
| 04/06/21 | SRJ | Review Terex lease communications from Terex and Macquarie principals, respond to same, and review with client. | 0.30 |
| 04/07/21 | SRJ | Review Terex executory contracts to be rejected, multiple emails establishing record lessor/assignor, and review same with client (.6); court hearing re same and revise draft order for uploading to Court (.4); review Wells Fargo operating lease issues with client (.3). | 1.30 |
| 04/09/21 | SRJ | Letter to Harmon re debtor position regarding equipment contracts. | 0.40 |
| 04/20/21 | SRJ | Review email from (.1) and call with Sunbelt Rentals re chapter 11 status and future credit (.2) and review same with client (.2). | 0.50 |
| 04/21/21 | SRJ | Revise and upload final order rejecting CIT lease. | 0.30 |
| 04/22/21 | SRJ | Review real estate lease issues with client (.2); review email from CIT, discuss with client, and email to CIT and client re lease rejection (.1). | 0.30 |
| 04/23/21 | SRJ | Call with Greg P. re real estate lease and timing of postpetition payments and email to CIBC re same (.3); email to CIT re equipment pickup and contacts (.1). | 0.40 |

Tax ID# 36-2696941

OER Services LLC                                                    September 14, 2021
14903 - 00007 - Executory Contracts and Unexpired Leases                    Page 2

**Professional Fees**

| 04/28/21 | SRJ | Review pending business issues re real property lease with client (.2) and emails to/from landlord attorney re same (.1); review equipment procurement contract with client (.2) and email to vendor re same (.1). | 0.60 | |
| 04/30/21 | SRJ | Discuss status of lease with landlord's counsel (.1); emails re Toyota executory contract with Toyota attorney (.1). | 0.20 | |
| 05/03/21 | SRJ | Call with client re Toyota leases (.5); review same with Toyota counsel (.3) | 0.80 | |
| | | **Total Fees This Matter** | **8.40** | **$4,074.00** |

**CURRENT BILL TOTAL AMOUNT DUE**                                        **$4,074.00**

**Payment Due Upon Receipt**

# EXHIBIT A-6

# ROBBINS, SALOMON & PATT, LTD.

180 N. LaSalle Street, Suite 3300
Chicago, Illinois 60601
312.782.9000 Facsimile 312.782.6690

2222 Chestnut Avenue
Glenview, Illinois 60026
847.729.7300 Facsimile 847.729.7390

www.rsplaw.com

---

OER Services LLC
Attn: Ali Zaimi
1650 Carmen Drive
Elk Grove Village, IL 60007

September 14, 2021
Bill # 262437

**Re:   14903 - 00008 - Professional Retenton and Compensation**

**Professional Fees**

| | | | |
|---|---|---|---|
| 03/29/21 | JMS | Reviewed documents from client regarding assets for Petition to Retain RSP. | 1.00 |
| 03/29/21 | JMS | Drafted Petition to Retain RSP. | 1.40 |
| 03/29/21 | JMS | Prepared Declaration of Steve Jakubowski to support Petition to Retain RSP. | 1.30 |
| 04/16/21 | SRJ | Revise retention application. | 1.30 |
| 04/19/21 | SRJ | Review conflicts list and email to C. Dutton and conflicts reviewer re same (.6). | 0.50 |
| 04/19/21 | CD | Receipt of email from SRJ regarding comparing conflicts with creditors (.2); began conflicts comparison (.5); emails regarding same (.2). | 0.90 |
| 04/20/21 | SRJ | Complete first draft of retention application (1.3); update certificate of service and notice (.4); complete draft declaration in support (1.1.). | 3.00 |
| 04/21/21 | SRJ | Review conflicts run results (.3) with J. Sender (.4). | 0.70 |
| 04/21/21 | JMS | Reviewed and revised petition for retention and supporting declaration for filing. | 0.40 |
| 04/21/21 | JMS | Reviewed additional conflicts check for petition for retention. | 0.40 |
| 04/22/21 | SRJ | Review conflicts disclosures with R. Fimoff (.2); discuss conflicts issues with client (.2); review and reconcile internal records for declaration (.3); complete declaration (.8). | 1.50 |
| 04/23/21 | SRJ | Final revisions to retention motion (.3); final revisions to declaration and exhibits in support (2.2) | 2.50 |
| 04/26/21 | SRJ | Prepare, file and serve amended notice of application. | 1.30 |

OER Services LLC                                                                    September 14, 2021
14903 - 00008 - Professional Retenton and Compensation                                         Page 2

**Professional Fees**

| Date | | | Hours | |
|------|------|------|------|------|
| 08/24/21 | SRJ | Review Neema V. fee application, email to G. Silver re same, review with client | 0.30 | |
| 09/12/21 | SRJ | Draft final fee application, notice, C/S, declaration, order (4.2); review fee and expense billing statements for filing (.6) | 4.80 | |
| 09/14/21 | SRJ | Final review of billing statements (.4); complete fee application and related documents for filing (1.7) | 2.10 | |
| | | **Total Fees This Matter** | **23.40** | **$10,705.50** |

**CURRENT BILL TOTAL AMOUNT DUE**                                                   $10,705.50

**Payment Due Upon Receipt**