**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| *In re:* | ) | Chapter 11 |
| | ) | Case No. 21-03981 |
| OER SERVICES LLC, | ) | Honorable Janet S. Baer |
| | ) | |
| Reorganized Debtor. | ) | Hearing Date: November 10, 2021 |
| | ) | Hearing Time:  9:30 a.m. via Zoom |

**REORGANIZED DEBTOR'S POST-CONFIRMATION STATUS REPORT**

OER Services, LLC ("OER") hereby provides the Court with a status report of open matters. Capitalized terms used herein and not otherwise defined shall have the meanings set forth in the confirmed Plan [Dkt. No. 92]:

1. On September 2, 2021, the Court entered the Confirmation Order, the Plan went effective, and all payments required by the Plan to administrative, secured, and priority creditors have been made.

2. The following areas remain open:

    a) *Claims Reconciliation*:  To assure fairness of distributions, the Reorganized Debtor has completed its review of all proofs of claim and all scheduled claims to assure accuracy of amounts due unsecured creditors. All disputes in respect of proofs of claim have been consensually resolved. The Reorganized Debtor has nearly finalized consensual agreements with all creditors whose Scheduled claims were in excess of the correct amounts following the Reorganized Debtor's recent review of its records. The Reorganized Debtor expects to reach agreement with these scheduled claimants as regards the final Allowed amount of their respective claims for distribution purposes.

b) *Preferences*:  The Reorganized Debtor has reviewed potential preferences and is focused on one creditor that received a potential preference (approximately $81,000) and has no new value defense. The Reorganized Debtor is analyzing whether these payments were outside of the ordinary course, and if so it will attempt to reach settlement with this creditor without the need for litigation.

c) *Section 525(a) Discrimination Claim*:  The Reorganized Debtor was recently denied a "Certificate of Competency" by the Small Business Administration, which resulted in the Reorganized Debtor being denied a contract award with the Department of Navy as to which the Reorganized Debtor had otherwise submitted the winning bid. The Reorganized Debtor filed a formal protest of the SBA decision with the General Accounting Office ("GAO") on November 1, 2021. advising in its conclusion:

> OER, therefore, submits this formal protest against the denial of the Certificate of Competency to OER because the four reasons for denying it are both unsupported by the record and are discriminatory within the meaning of 11 U.S.C. section 525(a), which prohibits denial of a grant or a permit (such as a [Certificate of Competency]), merely because the company had been a bankrupt debtor. *See, e.g., In re Elter*, 95 B.R. 618 ("the specific list in [Section 525(a)] refers to privileges of citizens to exercise their livelihood, such as obtaining building permits, state contracts or liquor licenses").

The Reorganized Debtor projects a decision in early December and is hopeful of a positive outcome. An unfavorable outcome will likely result in the Reorganized Debtor's filing a complaint for injunctive and declaratory relief under 11 U.S.C. section 525(a). The undersigned counsel has forwarded copies of the protest filed with the GAO to Ms. Silver from the

United States Trustee's office and Mr. DeCelles from the United States Attorney's Office to keep them apprised of the dispute.

3. The Reorganized Debtor requests the setting of the next status conference for December 8 or December 22, 2021.

Dated: November 9, 2021

Respectfully submitted,

**OER Services, LLC**
Reorganized Debtor

By: /s/ Steve Jakubowski
      One of Its Attorneys

Steve Jakubowski (IL ARDC 6191960)
Robbins, Salomon & Patt, Ltd.
180 N. LaSalle St., Ste. 3300
Chicago, IL  60601
Phone: (312) 456-0191
sjakubowski@rsplaw.com

Counsel to the Reorganized Debtor

**CERTIFICATE OF SERVICE**

I, Steve Jakubowski, hereby certify that the **REORGANIZED DEBTOR'S POST-CONFIRMATION STATUS REPORT** were served via email on November 9, 2021 on the parties in interest listed below through the Court's CM/ECF noticing system:

Kim M. Casey on behalf of Creditor H&E Equipment Services, Inc. kcasey@hkrockford.com

Monette W Cope on behalf of Creditor Beacon Funding ecfnil@weltman.com

Cari A Kauffman on behalf of Creditor AMERICREDIT FINANCIAL SERVICES, INC. d/b/a GM Financial ckauffman@sormanfrankel.com, dfrankel@sormanfrankel.com

Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov

Mark Melickian on behalf of Attorney Phillip D. Levey, Trustee for the bankruptcy estate of Ali & April Zaimi (21-05779) mmelickian@sfgh.com; joconnor@sfgh.com; mbrandess@sfgh.com; bkdocket@sfgh.com; bkdocket@sfgh.com

Norman B Newman on behalf of Attorney Phillip D. Levey, Trustee for the bankruptcy estate of Ali & April Zaimi (21-05779) nnewman@sfgh.com; nsulak@sfgh.com; bkdocket@sfgh.com

John M Owen on behalf of Creditor Chapman Spingola LLP jowen@chapmanspingola.com, wdickmann@chapmanspingola.com

 Cecilio I Porras on behalf of Creditor U.S. Bank N.A. d/b/a U.S. Bank Equipment Finance cporras@askounisdarcy.com, hperez@askounisdarcy.com

Eric S Silvestri on behalf of Creditor CIBC Bank USA silvest@chapman.com

Charles S. Stahl, Jr. on behalf of Creditor Toyota Industries Commercial Finance, Inc. cstahl@smbtrials.com

Neema T Varghese nvarghese@nvconsultingservices.com

Charles R Woolley on behalf of Creditor U.S. Bank N.A. d/b/a U.S. Bank Equipment Finance rwoolley@askounisdarcy.com, zjohannsen@askounisdarcy.com

                                                                /s/   Steve Jakubowski